Charles J. Shemaitis, Appellant, v. Louise M. Shemaitis, and Le Roy F. Froemke, Appellees.

Gen. No. 47,394. 

First District, Third Division.

June 4, 1958.

Released for publication July 18, 1958.

J. Shemaitis, pro se. Charles F. Grimes, and John H. Meyer, for defendant-appellee, Le Roy F. Froemke. Opinion by JUSTICE FRIEND. Not to be published in full.